UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| HERBERT CLARK, III, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:17-CV-576-FL |
| UNITED STATES DEPARTMENT OF | ) | |
| THE ARMY | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss plaintiff's complaint for failure to state a claim based on res judicata and time barred.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 2, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED on the basis of res judicata.

**This Judgment Filed and Entered on January 2, 2019, and Copies To:**
Herbert Clark, III (via U.S. Mail at P O Box 26141, Fayetteville, NC 28314)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)


January 2, 2019                           PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk